**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**KARIN SPURLING**
    Petitioner

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 3:04CR-00020-R

**UNITED STATES OF AMERICA**
    Respondent

**ORDER AND JUDGMENT**

This matter is before the court upon the petitioner's petition for writ of error <u>coram nobis</u> as supplemented by her affidavit dated May 12, 2006. The magistrate judge has recommended that the petition be denied. The court has conducted a <u>de novo</u> review of the magistrate judge's report in light of the objections thereto and the record as a whole. The court has determined that the magistrate judge's report should be adopted in full. It is therefore ORDERED as follows:

1. The respondent's motion to dismiss the petition as barred by the one-year statute of limitations established by 28 U.S.C. § 2255 (Docket Entry No. 70) is DENIED.

2. The respondent's motion to dismiss the petition as being without merit (Docket Entry No. 75) is GRANTED.

3. The petitioner's petition for writ of error <u>coram nobis</u> (Docket Entry No. 51) is DENIED.

4. This is a final and appealable order, and there is no just cause for delay.